## THIRD DISTRICT.

James Jutelis, appellant, v. Daniel Griffiths, appellee. Gen. No. 8,108.

Opinion filed October 31, 1927. Rehearing denied January 4, 1928.

William J. Lawler, for appellant. John G. Friedmeyer, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Fred Engle, appellee, v. North American Benefit Corporation, appellant. Gen. No. 8,113.

Fred Engle, appellee, v. North American Protective Corporation, appellant. Gen. No. 8,114.

Opinion filed October 31, 1927. Rehearing denied January 4, 1928.

William S. Greer and Carl H. Preihs, for appellants. Leslie J. Taylor, for appellees.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Henry G. Anderson, appellee, v. Arthur O. Bolen, appellant. Gen. No. 8,092.

Opinion filed October 31, 1927. Rehearing denied January 4, 1928.

Redmon & Redmon and Lee Boland, for appellant. Guy H. Powell, Wm. J. Carey and Lawrence C. Wheat, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.